IN THE TEXAS COURT OF CRIMINAL APPEALS

43,715-18

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

EX PARTE THOMAS WAYNE FLORENCE

10CR1217-83-4

NOTICE TO COURT AND LAW CLERKS C.C.A.
COMES NOW APPLICANT TO MOVE THE COURT TO
TAKE JUDICIAL NOTICE T.R.E. 201, OF THE 01-11-
00822CR VOID JUDGMENT RENDERED ON 7-30-13
BY THE APPEAL COURT
SEE, AMBER MARIE GUARNELO'S AFFIDAVIT AND
STATEMENT MAILED JANUARY 2, 2015.
SEE, 10CR1217-83-3 TRE. 201, SUPRA.

THE APPEAL COURT ERRONEOUSLY STATE ON ISSUES
NO.3,4,6 THAT A CHARGING, ARREST INSTRUMENT
DOES NOT HAVE TO COMPLY WITH T.C.C.P. TEX.
CONST. SEE, T.C.C.P. ART. 15.05, 15.05(2), 45.018(2), 45.
019(a),(2)(4)(7), SEE, ART. 1.23, ART. 5, TX. CONST. SEC. 5

THE APPEAL COURT ADOPTED THE STATES MIS-REP-
RESENTATIONS AT P. 18-19 OF THE STATES REPLY
BRIEF, BY HIRED SPECIAL PROSECUTOR, THAT I
WAS MISPLACED AND THAT GM0 #2010-13986 COMP-
LAINT COMPLIES WITH T.C.C.P. ART. 15.05, 15.05
(2), AND THAT A COMPLAINT DOES NOT HAVE
TO COMPLY WITH T.C.C.P. ART. 1.23, SEC. 5, SUPRA
IS REBUTTED BY LONGSTANDING PRECEDENT, SEE,
10CR1217-83-2, 10CR1217-83-3, 10CR1217-83-4
EXHIBITS, CASE LAW AND OTHER EVIDENCE IN
SUPPORT OF Id. ART. 11.07, NOT PROPERLY OR
EVEN REVIEWED BY THE COURT OR LAW CLERKS

1

THESE ART. 11.07's WAS __RUBBER STAMP ED__. HAD THE C.C.A. JUSTICES ACTUALLY REVIEWED THESE ART. 11.07's THE C.C.A. WOULD HAVE __REMANDED VIA ORDER OF DISMISSAL__ SEE, STATE v. ZORRILLA 401 SW3d 734, 737, 737 N2 (TEX. APP. SAN ANTONIO 2013).

THE 01-11-00522CR APPEAL COURT REFER's TO A __AFFIDAVIT FOR SEARCH WARRANT FILED UP UNDER ART. 18.01__.

— PETITIONER OR STATE ARGUES NO SUCH ISSUE OF THE __VALIDITY__ OF THE __ART. 18.01 SEARCH__ (GPD# 2010-13986) AFFIDAVIT HAVING TO COMPLY WITH T.C.C.P. ART. 1.23.

THE INSTANT __Id. 18.01__ AFFIDAVIT DOES NOT COMPLY WITH __ART. 15.05, 15.05(2)__ HAD SUCH ATTACK WAS ARGUED, SEE, __STATE v. McCAIN, 337 SW3d 268, 270 TEX. CRIM. APP. 2011), 'OURATE v. STATE, 2011 TEX. APP.__ LEXIS 7081 (TEX. CRIM. APP. 2011)(8-31-2011); __STATE v. JORDAN, 342 SW3d 556, 566 (TX. CRIM. APP.__ 2011).

THE ISSUE COMPLAINED OF WAS THE __GPD# 2010-13986 ARREST AND CHARGING AFFIDAVIT AND COMPLAINT IN SUPPORT OF ARREST 4-22-10 WARRANT__ THAT IT DID NOT COMPLY WITH CONSTITUTIONAL REQUISITES __ART. 1.23__, TO BE VALID, SEE __ZORRILLA, SUPRA,__ SEE, T.C.C.P. 45.019 SUPRA. THIS INSTANT COMPLAINT WAS (ILLEGALLY) FILED AND SIGNED (__ART. 15.26__) IN JP. NO. 1 GALVESTON, TX. AND 45.019 REQUISITES (__ART. 1.23__) APPLIES.

2

THE RECORD (TRIAL 10CR1217) AND APPEAL (01-11-00822CR), EITHER INTENTIONALLY FAILED AND CONTINUE TO FAIL TO ADDRESS AND MAKE LEGAL CONCLUSIONS, SEE, ZORRILLA, SUPRA CITING STATE v. MOFF.

THE APPEAL COURT ACTS OF OMISSIONS AND COMMISSIONS OF MISSTATING OR MISAPPLING THE LAW TO FAVOR THE STATE BY ARBITRADLY AGREEING WITH THEM ON A MATERIAL ISSUE RELATED TO THE ILLEGALITY OF THE APPLICANT'S ARREST AND CHARGING HIM WITH A FALSE RAPE AND OTHER GPD# 2010-13986 EVENTS.

THE APPEAL COURT FALSELY STATES AT P.4, THAT ALLEGE VICTIM STATES SHE HAD SEX WITH ME AFTER VALENTINES DAY, AND LAST SEEN ME ON 2-26-2010 THIS IS NOT STATED BY ALLEGE VICTIM AT ALL. SHE NEVER STATED SHE SEEN ME OR ANY OTHER MALE ON 2-26-2010 OR HAD SEX WITH ANY MALE ON 2-26-27-2010.

SEE, NEWLY DISCOVERED TESTIMONY FROM THE ALLEGE VICTIM MAILED 1-5-2015.

ALLEGE VICTIM SKIPPED TRIAL WENT TO JAIL VIA BADFAITH, ILLEGAL ARREST WARRANT FOR FAILING TO JOIN THE PROSECUTIONS TEAM OF FABRICATERS AND CONSPIRATORS, OF A 2-26 28-10 ALLEGE GPD# 2010-13986, EVENTS, RAPE, HOSPITAL VISIT FROM 2-26-28-2010, WHICH WAS

3

FABRICATED BY THE STATE AND AGENTS TO COVER UP THE TRUE DATE 2·14·2010, WHEN HER MOTHER & GPD LOYD WENT TO BENTAUB AND SHE WAS FOUND ONE MONTH PREGNATE ON 2-14-10, WHICH WOULD PUT THE TRUE DATE OF HER CONCEPTION BETWEEN JANUARY 8-25, 2010 INCARCERATION IN THE CHARLESTON CO. DETENTION CENTER.

THE COURT HAS BEFORE IT APPLICANT'S RECUSAL MOTION IN WHICH THE TRIAL COURT IGNORED, SEE, KOZACK v. KNIZE, 883. SW2d 760 (TEX. APP. WACO 1994), A JUDGE (TRIAL) DO NOT ENJOY FREEDOM TO IGNORE (T.R.C.P. 18a, 45.019 ISSUES IN 11.07ˢ) THE LAW., SEE, ALSO IN RE WINGFIELD, 171 SW3d 374 (WL 98350, (TEX. APP. TYLER 2005).

RESPECTFULLY SUBMITTED
Thomas
JANUARY 6, 2014

4